Case 1:05-cv-01959-RWR    Document 1    Filed 10/04/2005    Page 1 of 1

Judge Roberts

RECEIVED
OCT 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON P. McIVER, | No. _____ |
| vs. | (01-Cr.-1-01) |
| UNITED STATES. | Hon. Richard W. Roberts |

CASE NUMBER 1:05CV01959
JUDGE: Richard W. Roberts
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 10/04/2005

### MOTION PURSUANT TO 28 U.S.C. § 2255 TO VACATE ILLEGAL SENTENCE

Movant Aaron P. McIver, through undersigned cou[nsel, moves pursuant to] 28 U.S.C. § 2255 that the Court vacate his sentence becau[se of the Supreme] Court's holdings in *Blakely v. Washington*, 542 U.S. ___ (2004), and *United States v. Booker*, ___ U.S. ___, 125 [S. Ct. 738 (2005).] He requests that the Court resentence him in accordance with those opinions.

In support of this motion Mr. McIver states:

1. The grand jury indicted him January 4, 2001 on one count of possession with intent to distribute more than 5 grams of cocaine base in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii) (Count 1), carrying and possessing a firearm during a drug trafficking offense in violation of 18 U.S.C. § 924(c)(1) (Count 2), and possession of a large capacity ammunition feeding device in violation of 18 U.S.C. § 922(w)(1) (Count 3).

2. Mr. McIver's first trial began September 26, 2001 and this Court declared a mistrial on October 5 after the jury declared that it was deadlocked. Tr. 10/5/01, 4.[1]

3. The second trial began March 18, 2002, and on March 22 the jury convicted Mr. McIver of possession with intent to distribute more than 5 grams of cocaine base and possession of a large capacity ammunition feeding device, but acquitted him of carrying and possessing a firearm during a drug trafficking offense. Tr. 3/22/02, 933.

---

[1] References to transcripts of proceedings will be designated "Tr." followed by the date of the proceeding and relevant page number, i.e. Tr. 10/5/01, 3.