# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA



MAR 27 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

**AARON P. MCIVER,**

vs.

**UNITED STATES.**

No. 05-Cv-1959-RWR
(01-Cr.-1-01)

---

## ORDER

On consideration of the Consent Motion To Late-File Reply to Government Opposition to Defendant's Motion Pursuant to 28 U.S.C. § 2255 To Vacate Illegal Sentence filed by Defendant Aaron P. McIver it is this 23rd day of March, 2006 hereby

ORDERED that the motion is GRANTED and the Clerk is directed to file the lodged Reply.

Richard W. Roberts, Judge.